UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICHAEL EDWIN RUIZ and STEPHANIE RUIZ,**

**Plaintiffs,**

**v.** **Case No. 6:26-cv-774-CEM-NWH**

**EQUIFAX INC., EXPERIAN, and TRANSUNION LLC,**

**Defendants.**

_________________________________/

**ORDER**

THIS CAUSE is before the Court on Motions to Dismiss filed by Defendants Equifax Information Services, LLC (Doc. 5) and Experian Information Services, Inc. (Doc. 38) (collectively, the "Motions"). The United States Magistrate Judge issued a Report and Recommendation (Doc. 52), recommending that the Motions be granted to the extent they seek dismissal of the Complaint (Doc. 1-1) and that Plaintiffs be given leave to file an amended complaint.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 52) is **ADOPTED** and made a part of this Order.
2. The Motions to Dismiss filed by Defendants Equifax Information Services, LLC (Doc. 5) and Experian Information Services, Inc. (Doc. 38) are **GRANTED in part and DENIED in part.**
   a. The Complaint (Doc. 1-1) is **DISMISSED without prejudice**.
   b. **On or before November 17, 2026**, Plaintiffs may file an amended complaint that corrects the deficiencies set forth in the Report and Recommendation. Failure to do so will result in the closure of this case without further notice.
   c. The Motions are **DENIED** in all other respects.

**DONE** and **ORDERED** in Orlando, Florida on October 27, 2026.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties